# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD VILLARREAL and VALERIE VILLARREAL ,**<br><br>Plaintiffs,<br><br>vs.<br><br>**FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,**<br><br>Defendants. | Case No.: CV 17-7346-GW-KSx<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Honorable Judge George H. Wu |

ORDER

The stipulation is approved. The entire action is hereby dismissed with prejudice.

DATED: October 12, 2018

_____
GEORGE H. WU, U.S. District Judge